FILED
At Albuquerque NM
AUG 2 2 2017
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 17-2240 JP |
| ) | |
| vs. ) | 18 U.S.C. §§ 1591(a) and (b)(2), 1594(a): |
| ) | Attempt to Commit Sex Trafficking of a |
| **GLENROY HEYWOOD,** ) | Child. |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

On or about February 8, 2017, in Bernalillo County, in the District of New Mexico, the defendant, **GLENROY HEYWOOD**, did knowingly, in and affecting interstate and foreign commerce, attempt to recruit, entice, obtain, patronize, and solicit by any means, a person under the age of 18 to engage in a commercial sex act, knowing, and with reckless disregard of the fact, and having had a reasonable opportunity to observe, that this person had not attained the age of 18 years old, and would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. §§ 1591(a) and (b)(2), 1594(a).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

KAB       Tuesday, August 22, 2017